## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **:** | |
| | **:** | |
| v. | **:** | CASE NO.: 7:24-CR-7 (WLS-TQL-1) |
| | **:** | |
| JOSHUA THOMPSON, | **:** | |
| | **:** | |
| Defendant. | **:** | |
| | **:** | |

## <u>ORDER</u>

The Court intends to notice this case for the August 2024 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, May 24, 2024,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conferenc**e.

**SO ORDERED**, this 17th day of May 2024.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**