**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

UNITED STATES OF AMERICA,       :
                                :
v.                              :       CASE NO.: 7:24-CR-7 (WLS-TQL)
                                :
JOSHUA THOMPSON,                :
                                :
        Defendant.              :
_____ :

## ORDER

The Court intends to notice this case for the November 2024 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Monday, September 23, 2024,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conferenc**e.

        **SO ORDERED**, this 11th day of September 2024.

                                        **/s/ W. Louis Sands**
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**