**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:24-CR-00007 (WLS-TQL) |
| | : |
| JOSHUA THOMPSON, | : |
| | : |
| Defendant. | : |
| | : |

## **ORDER**

On December 11, 2024 the Court held a hearing to address Defendant's Motion to Suppress Illegally Obtained Evidence (Doc. 27) ("Motion to Suppress"). At the conclusion of the evidence, the Court allowed and scheduled the filing of post-hearing briefs as follows: Defendant's initial brief shall be filed no later than twenty-one (21) days after the hearing transcript is available on the record; the Government's response is due fourteen (14) days thereafter; and Defendant reply brief is due seven (7) days after the filing of the Government's response. If neither Party intends to request a transcript, then on or before **Thursday, January 2, 2025,** the Parties shall file a joint notice advising the Court that a hearing transcript will not be requested and advising the Court whether the Parties wish to submit additional briefing. If the Parties still wish to submit such supplemental brief, those deadlines shall run from **Thursday, January 2, 2025**. Beyond the briefing discussed in this Order, no additional briefing is permitted unless authorized by subsequent Court order.

**SO ORDERED**, this 11th day of December 2024.

                                           **/s/ W. Louis Sands**
                                           **W. LOUIS SANDS, SR. JUDGE**
                                           **UNITED STATES DISTRICT COURT**